Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA and WESTERN EXECUSTAFF, INC.
LONG-TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA PALMER, | Case No. C 04-2735 MJJ |
| Plaintiff, | **STIPULATION CONTINUING TRIAL DATE AND PRE-TRIAL DATES AND [PROPOSED] ORDER THEREON** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and WESTERN EXECUSTAFF, INC. LONG-TERM DISABILITY PLAN, | **Current Trial Date:** August 1, 2005<br>**Proposed Trial Date:** August 22, 2005 |
| Defendants. | |

## STIPULATION

WHEREAS the parties named below, who are all parties to this action, respectfully suggest that the trial date and the related dates for submission of summary judgment and trial briefing be continued as follows and for the following reasons:

1. The briefing schedule previously set herein for motions in this ERISA case on the judicial standard of review, motions for summary judgment and trial is as follows:

    a. Standard of Review ("SoR") Motions:      May 2, 2005

    b. Oppositions to SoR Motions:      May 16, 2005

-1-
STIPULATION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL DATES
- Case No. C 04-2735 MJJ

|   |   |   |   |
|---|---|---|---|
| | c. | Replies re SoR Motions: | May 23, 2005 |
| | d. | Hearing on SoR Motions: | June 7, 2005 |
| | e. | Trial Briefs due (or Summary Judgment Motions): | June 27, 2005 |
| | f. | Opposition Briefs due: | July 11, 2005 |
| | g. | Replies due: | July 18, 2005 |
| | h. | Trial (oral argument): | August 1, 2005. |

2. However, the Court on its own motion extended the hearing date on the SoR Motions from June 7, 2005 to June 21, 2005, and, as of June 20, 2005, advised counsel (a) that the Court would be taking those Motions under consideration, obviating the need for the hearing, and (b) that the Court's Order thereon would issue within two weeks of June 20, 2005.

3. Because the SoR Motions result will have a direct and significant impact on the arguments to be made by the parties in their planned Summary Judgment/Trial briefing, and because the Court's Order may not issue until after June 27, 2005, the currently set date for filing the Trial Briefs/Summary Judgment Motions, it becomes necessary to continue the briefing schedule therefore and the date for the Trial/Summary Judgment hearing. In addition, the current briefing schedule was calculated to give the parties a period of time to broach again the topic of settlement of this matter, after the Court has issued its Order on the SoR Motions, and the parties desire to preserve such an *interregnum*.

THEREFORE, the parties stipulate to the following schedule, to replace the current Summary Judgment/Trial briefing schedule, and the Trial/Oral Argument thereon:

| | | | |
|---|---|---|---|
| | a. | Trial Briefs Due (or Summary Judgment Motions): | July 18, 2005 |
| | b. | Opposition Briefs Due: | August 1, 2005 |
| | c. | Reply Briefs Due: | August 8, 2005 |
| | d. | Trial (oral argument): September 26, 2005 | ~~August 22, 2005~~ |

-2-
STIPULATION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL DATES
- Case No. C 04-2735 MJJ

| | |
|---|---|
| 1 | The filing party or attorney hereby attests that the content of the document is |
| 2 | acceptable to all persons required to sign the document. |
| 3 | IT IS SO STIPULATED: |

DATED: June 21, 2005                    GREEN & HUMBERT

                                        By: **/s/ C. Mark Humbert**
                                             C. Mark Humbert
                                             Joanne M. Ryan

                                        Attorneys for Defendants
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA and WESTERN EXECUSTAFF,
                                        INC. LONG-TERM DISABILITY PLAN


DATED: June 21, 2005                    RONALD DEAN

                                        By: **/s/ Ronald Dean**
                                             Ronald Dean

                                        Attorney for Plaintiff
                                        REBECCA PALMER


## ORDER

Pursuant to the stipulation of the parties, the above dates are approved.

**IT IS SO ORDERED.**

DATED: 6/23/2005           /s/_____
                           UNITED STATES DISTRICT JUDGE

[APPROVED - Judge Martin J. Jenkins - United States District Court, Northern District of California]

-3-
STIPULATION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL DATES
- Case No. C 04-2735 MJJ