Case 3:04-cv-02735-MJJ   Document 42   Filed 07/27/05   Page 1 of 1



**FILED**
JUL 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA PALMER,

    Plaintiff,

v.

UNUM LIFE INS. CO.,

    Defendant.

No. C04-02735 MJJ

**ORDER OF CONDITIONAL DISMISSAL**

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 7/27/2005

MARTIN J. JENKINS
United States District Judge