```
RONALD DEAN, #47663
Attorney at Law
15135 Sunset Blvd., Suite 280
Pacific Palisades, CA  90272-3782
(310) 459-1636
Fax: (310) 459-6224

Attorney for Plaintiff REBECCA PALMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA PALMER, | NO. C04-2735 MJJ |
| Plaintiff, | STIPULATION FOR DISMISSAL AND **ORDER** THEREON (F.R.C.P. 41(a)(2)) |
| -vs- | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; WESTERN EXECUSTAFF, INC. LONG-TERM DISABILITY PLAN | Granted |
| Defendants. | |

**IT IS HEREBY STIPULATED**, by and between the parties named below, who constitute all of the parties to this action, that this matter be dismissed with prejudice with each party to bear its own fees and costs except as provided by the parties' settlement agreement..

**IT IS SO STIPULATED:**

Dated:  August 3, 2005

                                                                  _____
                                                                  RONALD DEAN
                                                                  Attorney for Plaintiff PALMER

Dated: August 3, 2005                    GREEN & HUMBERT


                                                                  /s/ Mark Humbert_____
                                                                  C. MARK HUMBERT
                                                                  Attorneys for All Defendants

STIPULATION AND ORDER FOR DISMISSAL (F.R.C.P. 41(b))   (Case No. C04 2735 MJJ)        Page 1

# **O R D E R**

Pursuant to stipulation of the parties, this matter is dismissed with prejudice, each party to bear its own costs and fees except as otherwise provided by any settlement agreement.

**IT IS SO ORDERED**

Dated: 8/10/2005

                    **MARTIN J. JENKINS**
                    UNITED STATES DISTRICT JUDGE